UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

Cr. No. 05-    01-

DONALD MCMULLIN

INDICTMENT
Count One

(18 U.S.C. § 922 (g)(3): Unlawful User in Possession of a Firearm)

On or about the 19th day of November, 2004, in the District of New Hampshire, the defendant,

**DONALD MCMULLIN**

having been an unlawful user of marihuana, a controlled substance, did knowingly and intentionally possess the following firearms: 1)an Erma, .22 caliber pistol, importer Excam, Hialeah, Fl., country Germany, serial number J21056; 2) a Winchester, model 1200, 12 gauge shotgun, serial number L1903550; 3) SWD, model M11/9, 9 mm pistol, serial number 86-0002180; 4) Llama (Gabilondo & CIA), .45 caliber pistol, importer Stoeger Industries Inc., serial number A12770;  5) a Llama (Gabilondo & CIA), model especial, .380 caliber pistol,  importer Stoeger Industries Inc., serial number 537432; 6) a Jennings, model J22, .22 caliber pistol, serial number 247607, and 7) a Benelli Arm, model B76, 9 mm pistol, serial number 001755, all of which had been shipped or transported in interstate commerce or foreign commerce, in violation of Title 18, United States Code, Section 922(g)(3).

Dated                                              **A TRUE BILL**

                                                   /s/ Foreperson
                                                   **Foreperson of the Grand Jury**

THOMAS COLANTUONO
United States Attorney
District of New Hampshire

/s/ Debra M. Walsh
By:     Debra M. Walsh
        Special Assistant U.S. Attorney