UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                              Case No.  05-cr-142-01-SM

<u>Donald McMullin</u>

<u>O R D E R</u>

Defendant McMullin's motion to continue the final pretrial conference and trial is granted  (document 8).   Trial has been rescheduled for the March 2006 trial period.   Defendant McMullin  shall file a waiver of speedy trial rights not later than October 21, 2005.   On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**  February 22, 2006 at 1:30 p.m.

**Jury Selection**:  March 7, 2006 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

October 18, 2005

cc: Jonathan R. Saxe, Esq.
     Debra Walsh, AUSA
     US Probation
     US Marshal