UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

v.                              Case No.  05-cr-142-01-SM

Donald McMullin

O R D E R

Defendant McMullin's motion to continue the final pretrial conference and trial is granted (document 32).  Trial has been rescheduled for the July 2006 trial period.  Defendant McMullin shall file a waiver of speedy trial rights not later than May 26, 2006.  On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:** June 14, 2006 at 3:00 p.m.

**Jury Selection**: July 6, 2006 at 9:30 a.m.

SO ORDERED.

/s/ Steven J. McAuliffe
Steven J. McAuliffe
Chief Judge

May 16, 2006

cc:   Jonathan Saxe, Esq.
      Debra Walsh, AUSA
      US Probation
      US Marshal