UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

    v.                                   Criminal No. 05-cr-142-01-SM

Donald McMullin

**O R D E R**

On February 24, 2009, defendant appeared for a "probable cause" hearing under Fed. R. Crim. P. 32.1 on four alleged violations of conditions of supervision. After hearing evidence from Probation Officer Daniels and Corporal King and a review of the documents, I find probable cause to hold him for a revocation hearing.

Defendant sought bail conditions under Rule 32.1(a)(6). Under Rule 32.1(a)(6) defendant bears the burden of establishing by clear and convincing evidence that he will not flee and that he poses no danger to any other person or to the community. The underlying crime involved possession of a firearm by a user. He has continually ignored a Superior Court Order, violated state district court bail and violated a restraining order and engaged in stalking his ex-wife. He is a risk of flight and a danger to the community. There are no conditions which are likely to assure his presence and the safety of the community.

Accordingly, it is **ORDERED** that the defendant be detained pending trial.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**SO ORDERED.**

                                                  _/s/ James R. Muirhead_
                                                  James R. Muirhead
                                                  United States Magistrate Judge

Date: February 25, 2009

cc:   Jonathan R. Saxe, Esq.
      William E. Christie, Esq.
      Debra M. Walsh, Esq.
      U.S. Marshal
      U.S. Probation