```
                  UNITED STATES DISTRICT COURT

                   DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

    v.                                      Criminal No. 05-cr-142-01-SM

<u>Donald McMullin</u>

### ORDER FOR PSYCHIATRIC OR PSYCHOLOGICAL EXAMINATION PURSUANT TO 18 U.S.C. § 4244

The court is of the opinion that there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect for the treatment of which he is in need of custody for care or treatment in a suitable facility. Accordingly, the court hereby orders that a psychiatric or psychological examination of the defendant be conducted and a report filed with the court pursuant to 18 U.S.C. § 4244(b).

**NOTE**: The court specifically seeks an opinion by the examiner relative to the danger, if any, defendant may pose to himself or others, given his demonstrated failure to comply with state issued protective orders, as well as an opinion by the examiner concerning sentencing alternatives that could best afford the defendant the kind of treatment, if any, that he needs.

Sentencing shall be scheduled after receipt by the court of the report.

**SO ORDERED.**

_____
Steven J. McAuliffe
Chief Judge

March 25, 2009

cc: Debra M. Walsh, Esq.
    William E. Christie, Esq.
    U.S. Probation
    U.S. Marshal